**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JOHN C. CARMICHAEL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: _____ |
| ) | |
| BLUE VALLEY UNIFIED SCHOOL ) | Division: _____ |
| DISTRICT, USD 229 ) | |
| Serve: ) | JURY TRIAL DEMANDED |
| *Dr. Tonya Merrigan. Superintendent* ) | |
| *15020 Metcalf Avenue* ) | PLACE OF TRIAL: KANSAS CITY, KS |
| *Overland Park, KS 66223* ) | |
| ) | CIVIL COVER SHEET |
| Defendant. ) | |

## COMPLAINT

Plaintiff John C. Carmichael, by and through his counsel of record, and for his Complaint alleges and states as follows:

### PARTIES

1. Plaintiff Dr. John C. Carmichael ("Plaintiff") was, at the time he first applied for employment with Defendant Blue Valley Unified School District, USD 229, 68 years of age, domiciled in Johnson County, Kansas.

2. Defendant Blue Valley Unified School District, USD 229 ("BVSD") is a Kansas school district comprised of over 20,000 students and over 3,100 staff/employees located in Overland Park, Leawood, and other communities in Eastern Kansas. The district headquarters are located at 15020 Metcalf Avenue, Overland Park, KS 66223. BVSD acts through its employees and agents, all of whom were acting within their scope of employment and/or agency during the events described herein.

1

## NATURE OF ACTION

3. This is an action to recover actual, compensatory, and liquidated damages under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 *et seq.*, and Kansas Age Discrimination in Employment Act, K.S. Stat. § 44-1111 *et seq.*

4. Plaintiff seeks relief against Defendant for age discrimination he endured with regard to his application for employment with BVSD and the unlawful exclusion from fair consideration he experienced despite his outstanding qualifications and experience for the specific job advertised.

5. Defendant's discriminatory conduct violated Plaintiff's rights as protected under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 *et seq.* ("ADEA") and Kansas Age Discrimination in Employment Act, K.S. Stat. § 44-1111 *et seq* ("KADEA").

6. In addition to those damages referenced in paragraph 3, above, Plaintiff also seeks to recover his attorneys' fees and costs, as well as other damages permitted by law, as remedies for Defendant's violations of his rights.

## JURISDICTION AND VENUE

7. This Court has original jurisdiction to hear this Complaint and to adjudicate the claims stated herein under 28 U.S.C. § 1331, as this action arises under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 *et seq.*, for employment discrimination on the basis of age.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because the events or omissions giving rise to the claims occurred in this District.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

9. As a result of the unlawful employment practices and violations alleged here, on **July 21, 2021**, Plaintiff timely filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), which is attached as Exhibit A.

10. On **February 12, 2022**, Plaintiff received his Notice of Right to Sue from the EEOC, which was issued on **February 10, 2022**. The notice letter is attached as Exhibit B.

11. Plaintiff is filing this suit within 90 days of Plaintiff's receipt of the Notice of Right to Sue letter and therefore Plaintiff has fully complied with all administrative prerequisites before filing this action.

12. Whenever relevant, Defendant's conduct here constituted a continuing violation of Plaintiff's Federally and State protected rights stated here.

## FACTS COMMON TO ALL COUNTS

13. Plaintiff is a male, who at the time when he first applied for and was discriminated against, was 68 years of age. Plaintiff is married and father of two adult children, residing in Olathe, Johnson County, Kansas.

14. Plaintiff obtained his Bachelors of Music Education, *magna cum laude*, from Florida State University in 1974; his Master of Arts in Music Education from the University of South Florida in 1985; and a Ph D. in Music Education from Florida State University in 1994.

15. In his professional career, Plaintiff has taught music at among others: (1) Florida State University, (2) Furman University, (3) Western Kentucky University, and (4) University of South Florida.

16. Plaintiff has also served as the Director of Bands at, among others: (1) Lakeland Highschool, in Lakeland Florida, (2) Auburndale Highschool, in Auburndale Florida, (3) Rickards Highschool, in Tallahassee Florida, and (4) Leon Highschool, in Tallahassee Florida.

17. Plaintiff has authored multiple articles and scholarly publications; been the recipient of multiple honors and awards; and recognized in his industry and academia as an outstanding conductor, professor, and teacher of Music Arts.

18. Plaintiff's extensive and impressive *Curriculum Vitae* is attached as Exhibit C.

19. On or about May 2021, Defendant BVSD published an advertisement for a Band Director Position at one of BVSD's high schools, namely Blue Valley Northwest Highschool.

20. Plaintiff immediately and timely submitted his application for the open and advertised position. It was and continues to be extremely unlikely that any other applicant would have been or is more qualified than Plaintiff.

21. Despite Plaintiff's long and impressive resume and accomplishments as a Highschool Band Director, Plaintiff's application was summarily dismissed.

22. Upon making several inquiries, Plaintiff was told by Blue Valley Northwest Highschool's principal's office that Plaintiff was not considered for any rounds of interviews. Plaintiff was given this same response on multiple times, in person and over the telephone.

23. Despite being extremely qualified for the position; despite having held similar or identical positions at other high schools, Plaintiff was never given an explanation as to why he was not even considered for an interview.  As clearly shown by Exhibit C, Plaintiff has trained hundreds of band director candidates and has evaluated dozens of student teachers. Moreover, Plaintiff's high school bands have been internationally acclaimed.

24. Despite being well qualified (qualifications and experience second to none), Plaintiff was not even considered for the first round of interviews, and for the position.

25. Subsequently, BVSD continued to advertise for the position.

26. Plaintiff made further inquiries. At one point Plaintiff was told that someone would review his application. However, Plaintiff never heard back and was never considered.

27. Months later, and upon information and belief, BVSD eventually hired a person who was less qualified and significantly younger than Plaintiff.

28. Defendant BVSD failed and refused to hire or consider Plaintiff for hire as a band director because of Plaintiff's age, where Plaintiff is over 60 years of age, and where Plaintiff is and was qualified for the job (more so than any other applicant for the job).

29. As such, Plaintiff suffered from this adverse employment decision, and Defendant BVSD eventually hired a significantly younger, less qualified, less experienced, less accomplished candidate.

30. The undeniable and reasonable inference is that of age discrimination in violation of both Federal and State laws.

## COUNT I
### Discrimination Based on Age in Violation of the ADEA and KADEA

31. Plaintiff reasserts and re-alleges the allegations contained in paragraphs 1 to 30 as if fully set forth herein.

32. Plaintiff was 68 years of age at the time he applied for the position of band director as advertised by BVSD, and therefore is an individual within the ADEA and KADEA protected class of individuals 40 or older.

33. During Plaintiff's 40+ years as instructor, teacher, and professor of music arts, Plaintiff served as a band director for various high schools, where he performed at the highest levels, receiving many awards and recognitions both locally, regionally, and nationally.

34. In mid-2021, Defendant BVSD advertised for a position of band director at one of its high schools, namely Blue Valley Northwest Highschool.

35. Plaintiff applied for the position.

36. Plaintiff was qualified for the position.

37. Plaintiff's qualifications and experience for the position were second to none.

38. Nonetheless, Plaintiff was treated differently from other candidates.

39. Plaintiff's application was not considered.

40. Plaintiff was not even interviewed for the position.

41. Despite Plaintiff's application and qualifications, Defendant BVSD refused to even interview Plaintiff, and BVSD continued to advertise for the position.

42. Eventually, Defendant BVSD interviewed only candidates substantially younger than Plaintiff, and ultimately hired someone substantially younger, yet less qualified and less experienced than Plaintiff.

43. As a result of Defendants' discriminatory conduct, Plaintiff has been harmed and damaged.

WHEREFORE, Plaintiff prays for judgment against Defendant on Count I of his Complaint - finding that Plaintiff has been discriminated against based on his age in violation of the ADEA and KADEA; for an award of back pay, including fringe benefits, bonuses, cost of living increases and other benefits including interest, equitable relief in the form of front pay or hiring, for an award of compensatory and liquidated damages, for cost expended, reasonable attorney's fees, for

compensatory damages for emotional pain, suffering, inconvenience, mental anguish, humiliation, shame, loss of self-esteem, fear, embarrassment, depression, and injury to reputation or professional standing, which plaintiff has suffered; and for any and all other damages permitted under the law and deemed just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action and claims with respect to which Plaintiff has a right to a jury trial.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff hereby designates Kansas City, Kansas as the place of trial in this case.

Dated: May 10, 2022                                   Respectfully submitted,

*/s/ Marcos A. Barbosa*_____
Marcos A. Barbosa            KS #22015
**MABLAW-KC**
1100 Main St., Ste 1650
Kansas City, MO 64105
Telephone:    (816) 499-8800
Facsimile:     (816) 499-8801
marcos.barbosa@mablawkc.com
ATTORNEY FOR PLAINTIFF