# EXHIBIT A

Human Rights Commissior

Docket No. 43133-22

Rcvd EEOC 07/21/2021

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>X  EEOC | 563-2021-02328 |

Kansas Commission of Human Rights and EEOC

*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| John C. Carmichael | (270)791-5056 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 10743 Cypress Ave. | Kansas City, MO 64137 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Blue Valley School District | 500+ | (913)239-4000 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 15020 Metcalf Ave. | Overland Park, KS 66223 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| __ RACE  __ COLOR  __ SEX __ RELIGION __ NATIONAL ORIGIN | Earliest          Latest<br>05/28/2021 |
| __ RETALIATION  _x_ AGE  __ DISABILITY  __ OTHER (Specify below.) | _x_ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

I.  Charging Party Doctor John C. Carmichael (CP) is 68 years of age, Male, married to Aiisa R. Carmichael and father of two adult children. CP obtained his Bachelor of Music Education, magna cum laude, from Florida State University in 1974; his Master of Arts in Music Education from the University of South Florida in 1985; and a Ph.D. in Music Education from Florida State University in 1994. In his professional career, CP has taught music at, among others: (1) Florida State University, (2) Furman University, (3) Western Kentucky University, and (4) University of South Florida. CP has also been the Director of Bands at, among others: (1) Lakeland High School, in Lakeland Florida, (2) Auburndale High School, in Auburndale Florida, (3) Rickards High School, in Tallahassee Florida, and (4) Leon High School, in Tallahassee Florida. CP has authored multiple articles and scholarly publication; been the recipient of multiple honors and awards; and recognized in his industry and academia as an outstanding conductor, professor, and teacher of Music Arts.  CP's extensive and impressive *Curriculum Vitae* is attached here as **Exhibit A**.

II.  On or about May 2021, Blue Valley School District, in Overland Park Kansas (the "Company") published an ad for a BAND DIRECTOR POSITION at one of its High Schools, namely Blue Valley Northwest High School. CP timely applied for the open position. It was and continues to be extremely unlikely that any other applicant would have been or is more qualified than CP. Nevertheless, CP's application was summarily dismissed. Upon making several inquiries. CP was told by the High School's Principal's office, that CP was not considered for the first round of interviews. CP was given this information on multiple times, in person and over the telephone.

III.  Despite being extremely qualified for the position, CP was never given an explanation as to why he was not even considered for an interview. As clearly shown by **Exhibit A**, CP has trained hundreds of band director candidates and has evaluated dozens of student teachers.  CP's High School bands have been internationally acclaimed.

IV.  Despite being well qualified (qualifications and experience second to none), CP was not considered for the position. The Company continued to advertise for the position, and later, upon information and belief, hired a person who was less qualified and significantly younger than CP.

The Company or School District, failed and refused to hire or consider CP for hire because of CP's age, where: (1) CP is over forty, (2) CP is qualified (more than any other applicant for the job), (3) as such CP suffered from this adverse

Kansas Human Rights Commission

Docket No. 43133-22

employment decision, and (4) the person ultimately hired by the Company or School District was sufficiently younger, less qualified – to permit the only reasonable inference of age discrimination in violation of both Federal and State laws.

As a result, CP and his family have experienced great hardship as the result of the Company or School District's discriminatory conduct.  CP seeks any and all relief available to him under the law.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>Marcos A. Barbosa – KS #22015; MO #56882<br>Attorney for Charging Party | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT |
| 07/21/2021<br>Date                    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

FILED

. 2 2021

# EXHIBIT A

# CURRICULUM VITAE

## JOHN CHARLES CARMICHAEL

Home address:
    10743 Cypress Ave
    Kansas City, MO 64137
    270-791-5056
    Email: jcarmich@usf.edu

Office address:
    University of South Florida
    School of Music
    Tampa, Florida 33620
    Email: jcarmich@usf.edu

## EDUCATION:

Ph.D. in Music Education (with an emphasis in conducting), The Florida State University, 1994
Masters of Arts in Music Education, University of South Florida, 1985
Bachelor of Music Education, magna cum laude, Florida State University, 1974

## PROFESSIONAL STUDY:

CONDUCTING
Dr. James Croft, University of South Florida and Florida State University
Dr. Manley R. Whitcomb, Florida State University
Additional study with: H. Robert Reynolds, Warren Benson, Arthur Weisberg, Gunther Schuller,
    Morton Gould and Allan McMurray

## POSITIONS HELD:

Artistic Director and Conductor, Heart of America Winds, Kansas City, 2019
Director of Bands, University of South Florida, Tampa, Florida, 2007-2018
Director of Bands, Western Kentucky University, Bowling Green, Kentucky, 1993-2007
Director of Bands, Furman University, Greenville, South Carolina, 1989-93
College Teaching Fellow and Graduate Assistant, Band Department, School of Music,
    The Florida State University, 1987-89
Director of Bands, Lakeland High School, Lakeland, Florida, 1980-87
Director of Bands, Auburndale High School, Auburndale, Florida, 1978-80
Director of Bands, Rickards High School, Tallahassee, Florida, 1975-78
Assistant Band Director, Leon High School, Tallahassee, Florida, 1974-75

## EXPERIENCE:

UNIVERSITY OF SOUTH FLORIDA, 2007-PRESENT
    Position: Director of Bands, Full Professor (2011)
        **Band/Conducting:** Wind Ensemble, Symphonic Band, Concert Band
        **Music Education/General:** Basic Conducting, Advanced Conducting,
            Instrumental Music in Secondary Schools, Graduate Wind Conducting,
            20th Century Masterworks, Wind Band Repertoire, Directed Studies,
            Masters and Ph.D. Committee Work
        **Faculty Advisor:** Kappa Kappa Psi, Tau Beta Sigma
WESTERN KENTUCKY UNIVERSITY, 1993-present
    Position: Director of Bands, Full Professor (2002), Tenured (1999), Associate
        Professor (1996)
        **Band/Conducting:** Wind Ensemble, Symphonic Band, Concert Band,
            Opera Orchestra, Bowling Green/Western Symphony, Big Red Marching
            Band
        **Music Education/General:** Music Appreciation, MUS 120
            Clarinet and Saxophone, Principal and Secondary
            Clarinet/Saxophone Techniques, MUS 315
            Flute/Oboe/Bassoon Techniques, MUS 316

John C. Carmichael
2

              Conducting 1, MUS 317
              Conducting 2, MUS 318
              Ear Training and Sight Singing
              Graduate Conducting, MUS 518
              Music Literature/Wind Band Repertoire, MUS 530
              Instrumental Methods, MUS 416
              Supervision of Student Teaching, SEC 490
     **Faculty Advisor:** Band Council, 1993-2007
              KCMENC 1993-98
              NBA Student Chapter, 2005-2007
              Phi Mu Alpha 1993-95
FURMAN UNIVERSITY, 1989-93
     Position: Director of Bands, Assistant Professor
          **Band:** Symphonic Band, Marching Band, Wind Orchestra, Campus/Concert
              Band, Basketball Band
          **Music Education/General**: Advanced Conducting, MUS 39
              Orchestration, MUS 33
              Introduction to Music, MUS 20
              Marching Band Techniques, in MUS 61
     **Faculty Advisor:** Phi Mu Alpha, 1992-93
FLORIDA STATE UNIVERSITY, 1987-89
     Position: Teaching Fellow and Graduate Assistant:
          **Band:** Symphonic Band, Wind Orchestra, Marching Chiefs, Basketball Band
              and Pep Bands
          **Music Education:** Intro. to Wind and Percussion Instruments, MUE 2412

**PROFESSIONAL SERVICE:**
   UNIVERSITY OF SOUTH FLORIDA
         Chair, Faculty Advisory Committee, 2017-2018
         Chair, Ensemble Directors Area Committee, 2017-2018
         Member, Committee on Committees, 2017
         Chair, Ensemble Committee, 2017-2018
         Chair, Committee of the Whole, 2016-2017
         Chair, Honors Committee, 2015-2018
         Member, College of the Arts: Tenure and Promotion to Full Committee, 2015-2016
         Member, Faculty Senate, 2014-2018
         Chair, Curriculum Committee, 2015
         Member, Committee on Committees, 2015
         Member, Graduate School Student Grievance Committee, 2013-2014
         Member, Professor Committee of the Whole, 2011-2018
         Member, Graduate Council, 2011-2014
         Member, Graduate Curriculum Committee, Spring 2011-2014
         Chair, Tenure and Promotion Committee, Spring 2011-2012
         Member, School of Music Tenure and promotion committee, Fall 2010-2012
         Member, School of Music Interim Director Search Committee, Summer 2010
         Member, College of the Arts Faculty Advisory Committee, Fall 2009-2011
         Member, University Committee Process Improvement Team for Scholarship Awards,
            Spring 2009-Fall 2009
         Chair, Associate Director of Bands Search Committee, Spring 2009
         Chair, Distinguished Alumnus Committee, School of Music, Fall 2008-2018

Member, College of The Arts Teaching Committee, Fall 2008-2011
President, Pi Kappa Lambda, Spring 2008-2018
Chair, Scholarship and Grants Committee, Fall 2007-2011
Chair, Wind Division, School of Music, Fall 2007-2011
Member, Faculty Advisory Committee, Fall 2007-2011
Coordinator, Festival of Winds, Fall 2007-present

WESTERN KENTUCKY UNIVERSITY
Chair, Rehearsal Hall Design Committee, Fall 2006
Member, Van Meter Auditorium Renovation Committee, Fall 2005
Chair, Associate Director of Bands Search Committee, Fall 2004
Member, Double Reeds/Theory Search Committee, Spring 2004
Chair, Potter College Awards Committee, Spring 2003
Member, University Academic Probation Committee, Fall 2002-2006
Member, Orchestra and Choir Director Search Committees, Fall 2002
Member, University Awards Committee, 2001-2002.
Member, Dean's Advisory Committee, 2001-2002
Chair, Associate Director of Bands Search Committee, Fall 2001
Member, Flute, and Clarinet/Saxophone Search Committees, Fall 2001
Member, Percussion, Associate Director of Bands and Orchestra Director Search
        Committees, Spring/Summer 2001
Member, Music Department Head Search, Fall/Spring 2000-2001
Chairman, Overall Performance Award Committee, KMEA, Fall 1999
Member, Clarinet/Saxophone Search, Spring 1999.
Contest Manager, KMEA State Marching Band Championship, Fall 1998-2000
Chairman, WKU Presidential Inauguration Music Committee, Spring 1998
Music Department Representative, Faculty Senate, Spring 1998
Chairman, Wall of Fame Committee, Fall 1997-present
President, Western Kentucky Chapter, Pi Kappa Lambda, 1995-2007
Alternate Representative, Academic Council, Potter College of Arts and
        Humanities, 1996-97
Member, Student Access Task Force Committee "Moving to a New Level,"
        Western Kentucky University, 1995-1997
Chairman, Associate Director of Bands Search Committee, Western Kentucky
        University, March 1995
Member, Potter College Awards Committee, Western Kentucky University, 1995
Chairman, Calendar and Recording Committees, Western Kentucky University, 1994-99
Coordinator, Honors Band Clinic, 1994-present
Coordinator, All-State Band Audition Clinic, 1994-2007
Member, Music History and Clarinet/Saxophone Search committees, 1994
Member, Recruitment and Grants Committees, 1993-2007

FURMAN UNIVERSITY
Member, Furman University Who's Who selection committee, 1992-1993
Coordinator of Instrumental Ensemble Activities, Furman University, 1992-1993

GENERAL
Chair and Host, College Band Directors National Association/National Band Association
        Southern Division Conference, 2018
Member, National Band Association Revelli Award composition review committee,
        2013-present
Chair and Host, American Bandmasters Association National Convention, Tampa, 2012-
        2013

John C. Carmichael
4

Panelist for Band Selection for Missouri State Music Educators Association
Liaison for World Association of Symphonic Bands and Wind Ensembles (WASBE)
    with the NBA, Fall 2009-present
Chair, WASBE, Professional Band Committee, Fall 2009-present
Member, American Bandmasters Association University of Florida Commissioning
    Project, 2009
Member, American Bandmasters Association Educational Projects Committee, 2008
Candidate for President, College Band Directors National Association (CBDNA), 2007
Chair, American Band Movement Documentary, ad hoc committee, CBDNA, 2007
Member, American Bandmasters Association Goldman Citation Committee, 2007
President, CBDNA, Southern Division, 2005-2007
President-elect, CBDNA, Southern Division, 2003-2005
Editor, first National Band Association E-Journal, May 2004
Member-At-Large, National Band Association Executive Board, 2002-2004

Contest Manager, KMEA State Marching Band Championships, 1998-2000, 2003-2004
College/University Chair, KMEA Board of Directors, 2000-2002
College/University Chair-elect, KMEA Board of Directors, 1998-2000
University/College Rep., National Band Association Executive Board, 1998-2000
Member, CBNDA Southern Division Intercollegiate Band Committee, February 1998
Research Coordinator, CBDNA Southern Division Conference, February 1998
State Chair, CBDNA, 1997-1999
State Chair, NBA, 1996-2007
Member, Southern Division Intercollegiate Band Committee, 1997
Panelist, "Three views on student teaching," KMEA In-Service Conference, 1997
National Representative for CBDNA to the North American Band Directors'
    Coordinating Council, 1996
College/University Chairman, Third District KMEA, 1996-1998, 1998-2000
Member, National Band Association Music List Revision Committee, 1996
Member at Large, National Band Association Executive Board, 1996-1998
Secretary, College Band Directors National Association, Kentucky Chapter, 1996-1998
Panelist, Quality Grade 4 and 5 Literature for Bands, KMEA In-Service Conf., 1995
Member, Instructional Alliance Committee (representing KMTA), State Board of
    Education, Kentucky, 1994-96
State Chairman, College Band Directors National Association, 1991-93
Committee Chairman, 1989 National Convention, Florida Chapter, American School
    Band Directors Association
Panelist for Florida Music Educators Association on the topic of General Music in
    Secondary Schools, January 1988
Member, National Band Association Committee: The Middle School Project, 1988
Coordinator, Tri-State Band Festival, Florida State University, 1988
Member of writing team for the curriculum development of "Introduction to Music
    Performance," Florida Department of Education, 1987
Chairman, ASBDA National Research Committee on the Prediction of Band Director
    Success, 1984 -1988
ASBDA National Nominating Committee from the Southern Region, 1986
Chairman, Marching Band Committee, Florida Bandmasters Association, 1985-87
Chair, Music Department, Lakeland High School, 1983-86
Sightreading Music Selection Committee, FBA, 1981-88
Music Selection Committee, FBA, 1983-86

John C. Carmichael
5

Member, Philosophy Writing Committee, FBA, 1983-84
Chairman, District 10, FBA, 1984-86
Secretary, District 10, FBA, 1982-84
Vice President, National Association of Jazz Educators, Florida Chapter, 1980-82
Chairman, District 3, FBA, 1977-78
Chairman, All-State Auditions, District 2, FBA, 1976

## PROFESSIONAL APPOINTMENTS:

Clinician, Denison University Band Festival, February 2019
Conductor, The Florida All-State Band, Tampa, Fl., January 2018
Conductor, Festival of Winds Top Band, December 2017
Conductor/Clinician, District 3 Honor Band, Bowling Green, KY, January 2015
Conductor/Clinician, District 7 Honor Band, Lexington, KY, January 2015
Conductor/Clinician, Duval County All County Band, January 2014
Conductor, Nova Winds (Washington Military All-Star Band), August 2013
Keynote Speaker, Florida Bandmasters Summer Convention, July 2013
Adjudicator, Illinois Super State Concert Band Festival, April 2013
Commentator, Florida Bandmasters Association State MPA, April 2013
Conductor, Florida State Community Band Festival, January 2013
Conductor, Virginia All-State Concert Band, January 2013
Conductor/Clinician, Alachua All County Band, March 2012
Conductor/Clinician, Okaloosa All County Band, February 2012
Conductor/Clinician, Seminole All County Band, January 2012
Clinician, Midwest International Band and Orchestra Clinic, December 2011
Conductor, Florida All-State 9-10 Band, January 2011
Conductor, United States Army Field Band, November 2010
Conductor, Pershing's Own Army Band, Washington DC, July 2010
Clinician, American School Band Directors National Association Ntnl. Convention, June 2010
Florida Bandmasters Association Summer Conference, A History of Band, June 2010
Commentator, Florida Bandmasters Association State MPA, North Site, April 2010
Conductor/Clinician, Palm Beach and Brevard All-County Bands, Spring 2010
Conductor/Clinician, Lee County All-County Band, December 2009
Clinician, USF Festival of Winds, "Tuning the Brain," December 2009
Clinician, Florida Music Educators In-Service Conference, January 2009
Conductor/Clinician, Orange and Polk County All-County Bands, January 2009
Feature Clinician, Florida Bandmasters Association Summer Convention, July 2008
Founder, Conductor and Artistic Director, The Florida Wind Band, March 2008
Adjudicator, Fairfax County, VA Concert Band Festival, March 2008
Conductor/Clinician, Hillsborough, Pinellas, and Osceola All County Bands, Jan-Feb, 2008
Adjudicator, Indiana State School Music Association Concert Festival, May 2007
Conductor/Clinician, Middle Tennessee State University Honors Band Clinic, February 2007
Conductor/Clinician, Third District KMEA Senior High School Honors Band, January 2007
Conductor/Clinician, University of South Florida Festival of Winds, December 2006
Adjudicator, East Tennessee Band and Orchestra Association State Concert Festival, April 2006
Adjudicator, Fairfax County, VA Concert Band Festival, March 2005
Conductor/Clinician, Western Carolina University Honors Band, April 2004
Conductor, All Colorado Honor Band, Western State College, Gunnison, CO, March 2004
Conductor/Clinician, Syracuse University Windfest, March 2004
Adjudicator, South Carolina Bandmasters Association State Concert Festival, March/April 2003
Conductor, United States Army Field Band, March 2003
Clinician/Adjudicator, North Dakota State University Band Festival, February 2003

John C. Carmichael
6

Conductor/Clinician, University of North Carolina Greensboro Band Festival, February 2003
Conductor/Clinician, Wichita State Band Festival, Wichita, KS, January 2003
Clinician, Midwest International Orchestra and Band Clinic, *By What Measure Success?*
    December 2002
Adjudicator, University of Texas El Paso Concert Band Festival, April 2002
Adjudicator, South Carolina Bandmasters Association State Concert Festival, March 2002
Clinician, Southern Division CBDNA/NBA Conference, *Recall, Recycle and Retain*, with the
    Army Ground Forces Band of Atlanta, February 2002.
Conductor/Clinician, West Tennessee All-State Blue Band, February 2002
Conductor/Clinician, Fairfax County, VA District 12 Honors Symphonic Band, February 2002
Conductor/Clinician, Syracuse University Windfest, April 2001
Adjudicator, Florida Bandmasters Association State Concert Band Festival, May 2000
Adjudicator, Fairfax County, VA District 10 Concert Band Festival, April 2000
Adjudicator, Fairfax County, VA District 11 Concert Band Festival, April 1999
Adjudicator/Clinician, Nebraska State Band Festival, April 2000
Clinician, Kentucky State Music Educators Association State Conference, "Power Practice for
    Improved Performance," NBA sponsored, February 2000.
Speaker, KMTA State Meeting, November 1999
Speaker, KCMENC State Meeting, November 1999
Conductor, Henderson State University (Arkansas) Band Camp Honors Band, July 1999
Adjudicator, Indiana State School Music Association Concert Festival, May 1999
Adjudicator, Fairfax County, VA District 10 Concert Band Festival, April 1999
Conductor/Clinician, University of Tennessee at Martin Band Clinic, 1st band, February 1999
Conductor, District 2 KMEA Senior High Honor Band, January 1999
Conductor/Clinician, Tri-State Band Festival, Florida State University, December 1998
Adjudicator, Middle Tennessee State Band and Orchestra Association Concert Festival, March
    1998.
Clinician, Kentucky Music Educators Association State Conference, "Adjudication: Mystery or
    Mastery," NBA sponsored, February 1998
Clinician, Kentucky Music Educators Association State Conference, "Tricks that Click," CBDNA
    sponsored, February 1998
Conductor, District 5 KMEA Senior High Honor Band, January 1998
Adjudicator/Clinician, East Tennessee State University Concert Band Clinic, April 1997
Conductor, Bluegrass Honors Band Festival, January 1997
Clinician, Kentucky Music Educators Association State Conference, Band Rehearsal Techniques,
    February 1996
Guest Conductor, Florida Bandmasters Hall of Fame Concert, Stetson University, November
    1993 and 1995
Adjudicator, Tennessee Arts Commission, Major Performance Grants, May 1995
Concert Adjudicator, Florida Bandmasters Association State Band Festival, May 1994 and May
    1995
Conductor and Founder, the Bowling Green/Western Summer Band, May 1994-present
Chairman and Musical Director, Glasgow Highland Games Military Tattoo, 1994-1995
Conductor and Founder, the Lost River Cave Big Band, July 1994-present
Conductor, East Tennessee All-State Red Band, Gatlinburg, TN, February 1994
Conductor, KMEA District 2 Senior High Honors Band, Owensboro, KY, January 1994
Conductor, KMEA District 3 Senior High Honors Band, Bowling Green, KY, January 1994
Conductor, Western North Carolina All-State Senior High Band, February 1993
Guest Conductor, Greenville Municipal Band, 1992-93
Conductor, South Carolina Western Region Senior High Honors Band, February 1991

John C. Carmichael

7

Conductor, South Carolina Southern Region Senior High Honors Band, February 1990
Conductor, Florida State University Summer Music Camp Concert Band, July 1988
Adjudicator, Central and Western Regions of the South Carolina Concert Band Festival, 1988
Conducting Instructor, Florida State University Summer Music Camp, 1987
Conductor, South Carolina All-State Clinic Band, March 1987
Overall Clinician, Marching Band Adjudication: "The New FBA Format," July 1986 Conductor,
  Florida All-State Junior High School Band, January 1984
Adjudicator and clinician since 1979 in 27 states.
Guest Conductor of more than 70 All-County, All-Region and All-State Bands since 1984
Conductor, the United States Army Field Band (2003, 2010), Pershing's Own Army Band (2012)

## INVITATIONAL PERFORMANCES:

THE FLORIDA WIND BAND
  Featured Ensemble, CBDNA/NBA Southern Division Conference, 2018
  Featured Ensemble, American Bandmasters Association National Convention,
    March 2013
  Featured Ensemble, Florida Music Educators Association State Conference, January
    2009
UNIVERSITY OF SOUTH FLORIDA
  CBDNA/NBA Southern Division Conference, Charleston, SC, February 2016
  Featured Ensemble, World Projects, Carnegie Hall, March 2014
  Featured Ensemble, American Bandmasters Association National Convention,
    March 2013
  Guest Conductor, Nova Winds (Washington Military All-Star Band), August 2013
  Guest Conductor, United States Army Field Band, November 2010
  Guest Conductor, United States Army Band "Pershing's Own," July 2010
  CBDNA Southern Division Conference, Oxford, Mississippi, February 2010
WESTERN KENTUCKY UNIVERSITY
  KMEA In-Service Conference, Louisville, KY, February 2007
  60th Anniversary of Victory Celebration, Moscow and St. Petersburg, Russia, May 2005
    (invitation was extended by the Russian Ministry of Culture)
  CBDNA Southern Division Conference, Atlanta, GA, February 2004
  Guest Conductor, United States Army Field Band, March 2003
  KMEA In-Service Conference, Louisville, KY, February 2003
  CBDNA Southern Division Conference, Greensboro, NC, February 2000
  Guest Conductor, United States Army Field Band, March 1999
  KMEA In-Service Conference, Louisville, KY, February 1999
  MENC Southern Division Meeting, Tampa, FL, January 1999 (declined due to
    lack of funding)
  KMEA In-Service Conference, Louisville, KY, 2/9/96
  CBDNA/NBA Southern Division Meeting, Biloxi, MS, 1/25/96
FURMAN UNIVERSITY
  Exhibition Performance, Furman Marching Band, SCBDA State Marching Band Finals,
    10/31/92
  Exhibition Performance, Furman Marching Band, SCBDA Regional Marching Band
    Festival, 10/9/91
  Furman University in Concert at the Peace Center, South Carolina Music Educators
    Association, 2/15/91
  South Carolina Music Educators Association Conference, Greenville, SC, 2/10/90
LAKELAND HIGH SCHOOL
  Southern Division, MENC/FMEA Convention, Orlando, Florida, 5/1/87
  Mid-West International Band and Orchestra Clinic, Chicago, 12/18/86

National Band Association National Convention, Knoxville, TN, 6/14/86
Tri-State Band Festival, Florida State University, Tallahassee, 12/6/85
Tournament of Roses Parade in Pasadena, California, 1/1/85
Festival of Winds, University of South Florida, Tampa, 12/7/84
Mid-West National Band and Orchestra Clinic, Chicago, 12/17/82
Southeastern United States Band Clinic, Troy State University, 3/5/82

## INTERNATIONAL APPEARANCES:

Clinician/Conductor, National Conservatory, Amman, Jordan, October 2014
Conductor, National Honor Band, Costa Rica, August 2012
Conductor, National Honor Band, Costa Rica, September 2011
Presenter and Clinician, World Association of Symphonic Bands and Wind Ensembles,
    Chaiyi City, Taiwan, July 2012
Guest Conductor and Clinician, Marist School System, Singapore, December 2010.
Guest Conductor, Russian Ministry of Culture, May 2006.

## PROFESSIONAL PERFORMING EXPERIENCE:

CONDUCTING:

The Florida Wind Band, March 2008 to present
Bowling Green/Western Symphony Orchestra, 2000
Cumberland Wind Ensemble, Conductor, December 1996-present (co-founder)
Southern Kentucky Concert Band, June 1994-2007 (co-founder)
Lost River Cave Big Band, July 1994-2007 (founder)
Metropolitan Orchestra of the Carolina Ballet, 1991-1993
Furman Civic Wind Ensemble, 1926 Donaueschingen Music Festival Re-enactment
    Concert, Greenville, South Carolina, March 26, 1990 (founder)

WOODWINDS:

Bowling Green Chamber Orchestra, 2002 (Clarinet and Saxophone)
Bowling Green/Western Symphony Orchestra, 1999 (Clarinet)
Mitzi Gaynor, March 1993 (multiple woodwinds)
Engelbert Humperdinck, March 1992 (multiple woodwinds)
    Natalie Cole, June 1991 (multiple woodwinds)
Lou Rawls, May 1991 (multiple woodwinds)
A Chorus Line, National Tour, March 1991 (multiple woodwinds)
Ahmal and the Night Visitors, December 1990 (clarinet)
Mame, National Tour, November 1990 (multiple woodwinds)
The Charlie Spivak Reunion Band, 1989-93 (saxophone)

## PUBLICATIONS AND PROJECTS IN PROGRESS:

*Edwin Franko Goldman: The Father of the Modern Wind Band.*
*America's Bands: A Cultural Phenomenon.* A Wind Band Documentary. Bowling Green, KY:
    Peridot Pictures. Anticipated publication: Summer 2017
*Wind Band Repertoire, Materials and History* (working title). Textbook. Anticipated
    publication: Summer 2017.
*Suite for Trumpet, Alto Saxophone and Trombone.* Ernst Pepping. Scholarly edition. Anticipated
    publication, May 2017.
*Hidden Gems and Precious Diamonds,* The Florida Wind Band (Compact Disc). Clarence, NY:
    Mark Records, Anticipated publication: February 2018.
Editor and contributor to *Festschrift for James E. Croft.* Book in progress.

John C. Carmichael
9

**PUBLICATIONS AND SCHOLARLY PAPERS:**

"Reflections on an Old Japanese Folk Song," by Philip Sparke. In *Teaching Music Through Performance in Band, vol. 11.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2017.

*Live. . . Again!* The University of South Florida Wind Ensemble (Compact Disc). Clarence, NY: Mark Records, January 2015.

"Requiem," by David Maslanka. In *Teaching Music Through Performance in Band, vol. 10.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2014.

*At Long Last . . . Live!* The University of South Florida Wind Ensemble (Compact Disc). Clarence, NY: Mark Records, November 2012.

"Mindscape," by Chang Su Koh. In *Teaching Music Through Performance in Band, vol. 9.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2012.

McAllister-McNeff, Solo Repertoire with Wind Band Accompaniment. In *Teaching Music Through Performance in Band.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2011.

Review of Session 3: Tim Reynish Commission Series, 2011 WASBE International Conference. WASBE website: http\\www.wasbe.org/conferences/2011-wasbe conference.

Review of International Youth Wind Ensemble Open Rehearsal, 2011 WASBE International Conference. WASBE website: http\\www.wasbe.org/conferences/2011-wasbe conference.

"Farewell to Gray," by Donald Grantham. In *Teaching Music Through Performance in Band, vol. 8.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2010.

"Down a Country Lane," by Aaron Copland, transcribed by Merlin Patterson. In *Teaching Music Through Performance in Band, vol. 1, 2nd edition.*. Compiled and edited by Richard Miles.   Chicago: GIA Publications, 2010.

"Postcard from Singapore," by Philip Sparke. In *Teaching Music Through Performance in Band, vol 7.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2009.

"Tuning the Brain: Singing in Band Rehearsal to Develop Pre-audiation Skill." *NBA Journal,* 47/3 (October 2007): 59-61.

"Beyond," by Wataru Hokoyama. In *Teaching Music Through Performance in Band, vol 6.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2006.

"Romanticia," by George Farmer. New work recorded in concert and submitted to Daehn Publications for distribution, 2005

Editor, National Band Association E-Journal, May 2004.

"Chaconne (In Memoriam)," by Ron Nelson. In *Teaching Music Through Performance in Band, vol 5.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2004.

"The Silent Hills of My Childhood," by George Farmer. Recorded in concert and published/distributed by Daehn Publications, 2004

"Il Bersagliere," by Edoardo Boccalari. In *Teaching Music Through Performance in Band: Marches.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2003.

"Under the Double Eagle," by Josef Franz Wagner. In *Teaching Music Through Performance in Band: Marches.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2003.

"Les Couleurs Fauves," by Karel Husa. In *Teaching Music Through Performance in Band, vol. 5.* Compiled and edited by Richard Miles. Chicago: GIA Publications, 2002.

"Making the Connection," in *Spotlight on Teaching Band.* Reston, VA: MENC, 2001: 106-108.

John C. Carmichael

"Musicianship Tests Improve Performance and Grade Credibility," in *Spotlight on Assessment in Music Education*. Reston, VA: MENC, 2001: 10-12.

"Music: A Life-Long Experience . . . By What Measure Success?" *NFIMA Journal* (reprint), 17/1 (2000-2001): 13-15.

"A Quiet Rain," by Walter Cummings. In *Teaching Music Through Performance in Beginning Band*. Compiled and edited by Richard Miles. Chicago: GIA Publications, 2001: 307-12.
"Nottingham Castle," by Larry Daehn. In *Teaching Music Through Performance in Beginning Band*. Compiled and edited by Richard Miles. Chicago: GIA Publications, 2001: 284-89.

"Achieving Academic Credibility and Better Performances with Musicianship Tests," *Bluegrass Music News*, 51/4 (May 2000): 10-12.

"Why Too, Indeed?" *NBA Journal*, 40/3 (May 2000): 13-15.

"Making the Connection," *Bluegrass Music News* (reprint), 50/2 (December 1999).

"Spiel für Blasorchester, op. 39," by Ernst Toch. In *Teaching Music Through Performance in Band*, vol. 3. Compiled and edited by Richard Miles. Chicago: GIA Publications, 2000: 743-53..

"Konzertmusik für Blasorchester, op. 41," by Paul Hindemith. In *Teaching Music Through Performance in Band*, vol. 3. Compiled and edited by Richard Miles. Chicago: GIA Publications, 2000: 706-717.

"Silver Tongued Single Reeds," *The NFIMA Journal* (Winter 1999).

"By What Measure Success?" *Bluegrass Music News* (reprint), 50/3 (March 1999): 20-22.

"Making the Connection" *National Band Association Journal*, 39/3 (May 1999): 9-12.

"By What Measure Success?" *National Band Association Journal*, 39/2 (December 1998): 13-14.

"Silver Tongued Single Reeds," *Bluegrass Music News*, 49/3 (March 1998): 14-15, 20.
"Improving Score Study Skills: A Means to Focus on Content," *The NFIMA Journal*, 14/1 (1997-98): 16-18.

"The Western Kentucky University Symphonic Band in Concert" at the CBDNA Southern Division Convention, January 26, 1996. Vestige, GR9802-2 (March 1997).

"The Wind Band Music from the 1926 Donaueschingen Music Festival" (paper presentation), College Band Directors National Convention, University of Georgia, Feb. 27, 1997.

"Things Ida Wanted Us to Know," *Bluegrass Music News*, 48/2 (December 1996)
"Improving "Score Study Skills: A Means to Focus on Content," *Bluegrass Music News*, 47/2 (December 1995): 20-21, 76.

"The Wind Band Music of Hindemith, Krenek, Pepping, Toch, and Others from the 1926 Donaueschingen Music Festival: An Analysis of Historical and Artistic Significance." Ph.D. Dissertation, The Florida State University. Ann Arbor, MI: University Microfilms International, 1995.

Recorded new music for William Allen Music Publishing Company. Taped copies distributed nationally as advertisement. The recording ensemble was the Furman Civic Wind Ensemble, 1991.

Recorded new music for Carl Fischer Music. 20,000 taped copies distributed internationally as advertisement. The recording ensemble was the Furman Symphonic Band, 1991.

Edited *Kleine Serenade für Militärorchester*, Ernst Pepping. Karlsruhe, Germany: Georg Bauer Musikverlag, 1991.

"Wind Music and the 1926 Donaueschingen Festival," *CBDNA Journal*, 7 (Spring/Summer 1990): 1-5.

Edited *Sounds Spectacular Band Course* (books 1 and 2). Andy Balent. New York: Carl Fischer, 1990.

John C. Carmichael

"Metamorphoses on a Theme by Paul Hindemith" on *Contemporary Music Festival*. CRS 9052.
John C. Carmichael, Conductor; Furman Civic Wind Ensemble, Broomall, PA:
Contemporary Record Society, 1990.
"Donaueschingen, Hindemith, and Music for Winds," CRS 9051. John C. Carmichael,
Conductor, Furman Civic Wind Ensemble, Broomall, PA: Contemporary Record Society,
1990.
"The Band Director in a New Role," *Music Educators Journal*, 75 7 (March 1989): 44-46.
"NBA Middle School Survey," *National Band Association Journal*, 29/2 (November/December
1988): 25-27 (Co-authored with James Croft and Richard Greenwood).
Band music review for the *Florida Music Director*, 42/3 (October 1988): 38.

## COMMISSIONING PROJECTS
David Maslanka, Symphony 10, 2017
Andrew McManus, Atlas Fractures, 2016
David Sampson, Double Back, 2016
Brad Baumgardner, Concerto for Bass Clarinet, 2015 (lead commissioner)
Dana Wilson, Concerto for Trombone, 2015
Gregory Youtz, For Those Who Wait, 2014
Baljinder Sekhon, Duo Concerto for Percussion and Wind Ensemble, 2014 (lead commissioner)
Matthew Herman, The Last Full Measure of Devotion, 2013 (consortium)
Kenneth Fuchs, Concerto for Saxophone (*Rush*), 2012 (consortium)
Frank Ticheli, Saxophone Concerto, 2012 (consortium)
David Maslanka, Symphony No. 9, 2012 (consortium)
Christopher Theofanidis, Concerto for Marimba, 2012 (consortium)
Scott McAllister, Epic Concerto for Clarinet, 2012 (consortium)
Scott McAllister, Symphony for Band (Love Songs), 2010 (lead commissioner)
D. J. Sparr, Precious Metal: A Flute Concerto, 2009 (consortium)
Matthew Tomasi, Torn Canvases, 2009 (consortium)
John Mackey, Trombone Concerto, 2009 (consortium)
David Maslanka, Symphony No. 8, 2008 (consortium
John Mackey, Saxophone Concerto, 2008 (consortium)
David Gillingham, Euphonium Concerto, 2008 (consortium)
Paul Basler, Divine Days, 2006 (commission)
Robert Rindfleisch, Mr. Atlas, 2006 (consortium)
David Maslanka, Concerto for Clarinet "Desert Roads," 2005 (consortium)
Michael Mower, Concerto for Flute, 2004 (consortium)
Timothy Broedge, Enumeration of the Acutal, 2003 (consortium)
Frank Ticheli, Symphony No. 2 for Band, 2003 (consortium-initiating university)
Dan Welcher, *Minstrels of the Kells*, 2002 (consortium)
Michael Kallstrom, *Red Rock*, 2001 (dedicated to the WKU Symphonic Band)
George Walker, *Canvas*, 2001 (consortium)
Joan Tower, *Fascinating Ribbons*, 2001 (consortium)
David Stanhope, Symphony for Band, 2002 (consortium)

## HONORS AND AWARDS:
Designated Professor Emeritus, April 2018
Wall of Fame, Florida State University Marching Chiefs, November 2017
Role of Distinction, Florida Bandmasters Association, November 2017
41.5 Years of Service to Music Education, FMEA, January 2016
Silver Baton Award, Kappa Kappa Psi, Spring 2012
Friend of the Arts, Sigma Alpha Iota, April 2011

Citation of Excellence, National Band Association, February 2010
Citation of Excellence, National Band Association, January 2010
Inducted as an honorary member of Kappa Kappa Psi, University of South Florida 2008
Sabbatical (to complete Croft Festschrift and Book on Assessment), Spring 2007.
Kentucky Colonel, June 10, 2005
College/University Teacher of the Year, KMEA State Award, 2003
College/University Teacher of the Year, 3rd District KMEA, 2003
American Bandmasters Association, March 2001
Public Service Award, Potter College and University-wide, Western Kentucky
        University, 2000
Distinguished Contributor to Music, 3rd District, KMEA, 1999
*International Who's Who in Music and Musicians*, 17th Edition, June 1999
Outstanding Contributor to Bands, Kentucky Phi Beta Mu, 1999
25 Years of Service to Music Education Award, KMEA, February 1999
25 Years of Service to FBA, Life Member, June 1999
Golden Key Leadership Society, inducted as faculty honorary, December 1998
College Teacher of the Year, 2nd District KMEA, 1997
CMENC Faculty Advisor of the Year, Kentucky, 1997
College Teacher of the Year, 2nd District, KMEA, 1996
College Teacher of the Year, 3rd District, KMEA, 1995
Sudler Order of Merit, January 1995
Orpheus Award, Phi Mu Alpha, May 1993
Furman University Marching Band identified as an exemplar by SD CBDNA, 1992
Phi Mu Alpha, Honorary, 1991
Outstanding New Teacher, Furman University, Association of Furman Students, 1990
Tau Beta Sigma, Honorary, 1989
College Teaching Fellowship, Florida State, 1987-88
Sudler Flag of Honor, Lakeland High School Band, 1987
National Band Association Citations of Excellence, June 1986 and December 1986
Designated Master Teacher by Florida State Department of Education, June 1986
Polk County Teacher of the Year, 1984
Lakeland High School Teacher of the Year, 1984
ASBDA/Stanbury Outstanding Young Band Director, State of Florida and Southern Region, 1983
Phi Beta Mu, Honorary, 1983
American School Band Directors Association, 1982
Pi Kappa Lambda, 1974
Phi Beta Phi, 1974
Who's Who in American Colleges and Universities, 1974
Omicron Delta Kappa, 1973
Gold Key, 1973
Kappa Kappa Psi, 1971

**PROFESSIONAL ORGANIZATIONS (current):**

American Bandmasters Association
American School Band Director Association
College Band Directors National Association
Florida Bandmasters Association (Life Member)
Florida Education Association
Florida Music Educators Association
International Society for the Investigation and Promotion of Wind Music
Kappa Kappa Psi (Life Member)
Music Educators National Conference
National Band Association
National Education Association
Phi Beta Mu
Phi Mu Alpha
Pi Kappa Lambda
Sigma Alpha Iota
Tau Beta Sigma
United Faculty of Florida
World Association of Symphonic Bands and
    Ensembles

**COMMUNITY SERVICE**

Founder and President, Royal Oaks of Etem Neighborhood Association, KC, 2020
Board Member, Community Assistance Council, Kansas City, 2020 –
Secretary and Board Member, Hickman Mills Educational Foundation, Kansas City, 2019 --
Board Member, Heart of America Winds, Kansas City, 2019 –
Choir Director, St. Peter and All Saints Episcopal Church, Kansas City, 2019 –
Member, Rotary Club of Temple Terrace, Tampa, 2013- 2018
Choir Director, St. Catherine's Episcopal Church, Tampa, 2008   2018
Founder, Conductor, Florida Wind Band, Tampa, 2008-2018
Founder, Conductor, Lost River Cave Big Band, Bowling Green, KY, 1994-2007
Founder, Conductor, Southern Kentucky Concert Band, Bowling Green, KY, 1994 – 2007
Member, Foothills Rotary Club, Greenville, SC, 1991-1993
Founder, Conductor, Furman Civic Wind Ensemble, Greenville, SC, 1990

**OUTSIDE INTERESTS:**

Director, St. Peter and All Saints Episcopal Church Choir, 2019-present
Director, St. Catherine's Episcopal Church Chancel Choir, 2008-2018
Racquetball, Furniture Refinishing, Home Restoration, Reading, Rotary Club

**PERSONAL BACKGROUND:**

Date of Birth:  August 3, 1952
City of Birth:  Clearwater, Florida
Wife:  Alisa R. Carmichael
Children:  Matthew, 38; Jessica, 36
Grandchildren: Abram, 7; Ellis, 5, Hazel 2

John C. Carmichael

**REFERENCES:**

Dr. Karen Bryan
Director, School of Music
University of South Florida
3755 USF Holly Drive, MUS101
Tampa, FL 33620
813-974-2521
kmbryan@usf.edu

Dr. Tom Brantley
Professor of Trombone
School of Music, MUS101
University of South Florida
3755 USF Holly Drive, MUS 101
Tampa, FL 33620
813-907-5935
brantley@usf.edu

Dr. John Cipolla
Professor of Clarinet and Saxophone
Music Department
Western Kentucky University
1906 College Heights Blvd.
Bowling Green, KY 42101
270-745-7093 (O)
Email: john.cipolla@wku.edu

Dr. Patrick Dunnigan
Director of Bands
College of Music, HMU 101E
The Florida State University
Tallahassee, FL 32306-1180
850-644-3507
Email: dunnigan@fsu.edu

Richard Floyd
UIL State Director of Music
University of Texas at Austin
Box 8028
Austin, TX 78713
512-471-5883
Email: rfloyd@mail.utexas.edu

Dr. John R. Locke

Director of Bands Emeritus
P.O. Box 26167
University of North Carolina at
   Greensboro
Greensboro, NC 27402-6167
336-334-5299 (O)
336-282-2177 (H)
Email: lockej@uncg.edu

Professor Robert McCormick
Professor of Percussion
School of Music, MUS 101
University of South Florida
4202 E. Fowler Ave.
Tampa, FL 33620
813-974-2311
Email: mccormic@usf.edu

Dr. Matthew McCutchen
Associate Director of Bands
School of Music, MUS 101
University of South Florida
4202 E. Fowler Ave.
Tampa, FL 33620
813-974-0845
Email: mccutchen@usf.edu

Dr. Scott Tobias
Director of Bands
West Virginia University
School of Music
P.O. Box 6111
Morgantown, WV 26506
(304) 293-3097
Email: Scott.Tobias@mail.wvu.edu