# EXHIBIT

# B

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Gateway Tower II
400 State Avenue, Suite 905
Kansas City, KS  66101
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Kansas City Direct Dial:  (913) 340-8810
FAX (913) 551-6957
Website:  www.eeoc.gov

## __DISMISSAL AND NOTICE OF RIGHTS__

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/10/2022

**To:** Dr. John C. Carmichael
10743 Cypress Avenue
Kansas City, MO 64137

Charge No: 563-2021-02328

EEOC Representative and email:      John McMahan
EO Investigator
john.mcmahan@eeoc.gov

---

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 563-2021-02328.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Gateway Tower II
400 State Avenue, Suite 905
Kansas City, KS  66101
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Kansas City Direct Dial:  (913) 340-8810
FAX (913) 551-6957
Website:  www.eeoc.gov

On Behalf of the Commission:

for

David Davis
Acting District Director

Natascha DeGuire

Digitally signed by Natascha DeGuire
Date: 2022.02.14 14:37:53 -06'00'

**Cc:**
Melissa Hillman
Chief Legal Officer
Blue Valley School District
15020 Metcalf Ave
Overland Park, KS 66223
mhillman@bluevalleyk12.org

Marcos Barbosa, Attorney
1301 Oak St, Suite 400A
Kansas City, MO 64106
marcos.barbosa@mablawkc.com

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (Release Date)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Enclosure with EEOC Notice of Closure and Rights (Release Date)

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.  Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 563-2021-02328 to the District Director at David Davis, 1222 Spruce St Rm 8 100 St Louis, MO 63103. You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

Enclosure with EEOC Notice of Closure and Rights (Release Date)