IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN C. CARMICHAEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. 22-CV-02171-DDC-GEB |
| | ) |
| BLUE VALLEY UNIFIED | ) |
| SCHOOL DISTRICT, USD 229, | ) |
| | ) |
| Defendant | ) |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff John C. Carmichael, by and through his undersigned counsel, and

Defendant Blue Valley Unified School District, USD 229, by and through their undersigned

counsel, whereby each stipulate and agree that Plaintiff's claims against Defendant are hereby

dismissed WITH PREJUDICE. Each party shall bear their own costs.

Respectfully submitted,

*/s/ Marcos A. Barbosa*
Marcos A. Barbosa     MO #56882
                               KS #22015
**MABLAW-KC**
1100 Main Street, Suite 1650
Kansas City, MO 64105
Telephone:  (816) 499-8800
Facsimile:  (816) 499-8800
marcos.barbosa@mablawkc.com
**ATTORNEY FOR PLAINTIFF**

*/s/ Joseph Hatley*
**SPENCER FANE LLP**
W. Joseph Hatley
jhatley@spencerfane.com
Stephanie Lovett-Bowman
slovettbowman@spencerfane.com
1000 Walnut, Suite 1400
Kansas City, MO 64106

Telephone: (816) 474-8100
Fax: (816) 474-3216
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 25th, 2023 a true and correct copy of the above and

foregoing was electronically filed with the Clerk of the Circuit Court, via the Courts e-filing system

and served via electronic mail, to:

**SPENCER FANE LLP**
W. Joseph Hatley
jhatley@spencerfane.com
Stephanie Lovett-Bowman
slovettbowman@spencerfane.com
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Fax: (816) 474-3216
**ATTORNEYS FOR DEFENDANT**

*/s/ Marcos A. Barbosa*